UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────x
UNITED STATES OF AMERICA,

               Plaintiff,

   -   against   -
                                                          13 Civ. 7949 (TPG)

$57,949.00 IN UNITED STATES
CURRENCY,

               Defendant-in-rem,

   -   and   -                    **NOTICE OF APPEARANCE**

ANDREW R. MAUCIERI,

               Third-Party Claimant.
───────────────────────────────────────x

**PLEASE TAKE NOTICE** that the undersigned has been retained and hereby appears in the above entitled action for Third-Party Claimant Andrew R. Maucieri, and counsel herein demands service of all papers and notices of all proceedings herein.

Dated:    New York, New York
            December 16, 2013

                                       *Steven L. Kessler*

                                       Steven L. Kessler
                                       LAW OFFICES OF STEVEN L. KESSLER
                                       *Attorneys for Claimant Andrew R. Maucieri*
                                       100 Park Avenue – 34th Floor
                                       New York, N.Y.  10017-5516
                                       212-661-1500