```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
 UNITED STATES OF AMERICA              :

         -v.-                          :
                                              13 Civ. 7949 (TPG)
 $57,949.00 IN UNITED STATES           :
 CURRENCY,
              Defendant-in-rem.        :
- - - - - - - - - - - - - - - - - - - x
```

## CERTIFICATE OF SERVICE

I, MICAH W. J. SMITH, hereby declare, under penalty of perjury, pursuant to Title 28, United States Code, Section 1746, that:

I am an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York.

On January 21, 2014, I caused a copy of the Notice of the Pretrial Conference scheduled on February 28, 2014 at 11:30 a.m. to:

```
        a.   Steven Kessler, Esq.
             100 Park Avenue, 34th Floor
             New York, New York 10017

        b.   Andrew Maucieri
             19 Primrose Street
             Katonah, New York 10536

Dated:  New York, New York
        January 21, 2014

                            /s/Micah W.J. Smith
                            MICAH W. J. SMITH
                            Assistant United States Attorney
                            Telephone: (212) 637-2439
```